USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALVATORE D.,

    Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

25-CV-4952 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    By order dated October 10, 2025 (Dkt. 12), this action was stayed in light of the lapse of funding to the attorneys representing the Social Security Administration. On November 12, 2025, the President signed into law a budget appropriation restoring such funding. Accordingly, the stay of this case is hereby LIFTED.

    The parties are reminded to recalculate their deadlines, which were tolled for the duration of the government shutdown and extended for 43 days thereafter (the number of calendar days between September 30, 2025, and November 12, 2025).

Dated: New York, NY
November 18, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**